[No. 17060-8-III.    Division Three.    April 6, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
WESTLEY WOOTTON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 97-1-01451-0, James P. Hutton, J., entered
November 14, 1997. *Affirmed* by unpublished opinion per
Kato, J., concurred in by Schultheis, C.J., and Kurtz, J.

[No. 17294-5-III.    Division Three.    April 6, 1999.]

TERRY CISSNE, ET AL., *Respondents*, v. AMERICAN STATES
LIFE INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 95-2-00178-1, Kenneth L. Jorgensen, J.,
entered February 26, 1998. *Affirmed* by unpublished
opinion per Schultheis, C.J., concurred in by Kurtz and
Kato, JJ.